UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

KAMEL HOCINE and BETHANN HOCINE,

                        Plaintiffs,

- against -

JANET NAPOLITANO, Secretary of
the Department of Homeland
Security and ALEJANDRO MAYORKAS,
Director of U.S. Citizenship and
Immigration Services,

                        Defendants.

- - - - - - - - - - - - - - - - -X

ORDER

09 Civ. 10232 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/10

CEDARBAUM, J.

    Plaintiffs' motion for stay of removal is denied and the complaint is dismissed because this court lacks jurisdiction to entertain either the motion or the complaint.

    SO ORDERED.

Dated:  New York, New York
        January 21, 2010

                                    MIRIAM GOLDMAN CEDARBAUM
                                    United States District Judge